**MARSHA J. PECHMAN**                                    (206) 370-8820
**JUDGE**

June 27, 2007

The Honorable Ortrie Smith, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle N.E.
Washington, D.C. 20544

Re: 2006 Financial Disclosure Report

Dear Judge Smith:

Thank you for your letter of June 20, 2007. I will attempt to address the Committee's concerns paragraph by paragraph:

¶ 1:     Two of the line items from Part VII are identified as not having appeared in my prior report. You are correct that "Bank Dep. Sweep Opt." (Page 4, line 5) had not previously appeared. According to my investment broker, that was the money market account formerly identified as "Piper Jaffray Gov. Obligations" in my 2005 FDR (Page 5, line 30) and I should have noted that name change in this year's FDR. I will amend the 2006 FDR to reflect that change.

         "Plains Capital Bank" is also identified as not appearing in my prior report. However, my copy of my 2005 FDR shows it on Page 5 at line 32. (see attached copy.)

¶ 2:     I did fail to provide income amount codes and income types on Pages 5 and 6, lines 33 through 36. Lines 33, 35 and 36 should all reflect "None" in Column B(2); line 34 should have shown "A" in Column B(1) and "Dividend" in Column B(2).

¶ 3:     This paragraph states "In Part VII, page 1, lines, 1, 13, 14 and 15 of your prior report you listed various assets, but you did not list these assets in your current report." I am proceeding on two assumptions (1) "prior report" means my 2005 FDR and (2) the page number is a typo and that you meant to say "In Part VII, page 4..."

              Line 1:     "Alliance-Bernstein Global Tech Cl B" appears in my 2006 FDR on Page 4, line 1.

| Line 13: | "Excel Bank" was listed on my 2005 FDR as having been redeemed on 8/18/05 (Page 4, line 13) and thus would not have appeared on my 2006 FDR. |
| Line 14: | "Exxon/Mobil Corp." appears in my 2006 FDR at Page 4, line 13. |
| Line 15: | "Fidelity Adv. Equity Portfolio, Cl B" appears on my 2006 FDR at Page 4, line 15 as "Fidelity Adv Eq & Inc., Cl A (converted from FA Eq Port B)" |

¶ 4:    This paragraph states "In Part VII, page 3, lines 45 and 46, of your prior report you listed 'Advanta Bank Corp.' and "Excel Bank' but you did not list these accounts in your current report." A search through my records revealed that these two items appeared (as you listed) in my 2004 FDR. In my 2005 FDR, both accounts were listed as redeemed – Advanta Bank Corp. at Page 4, line 1 and Excel Bank at Page 4, line 13 – which is why they did not appear on my 2006 FDR.

I am attaching copies of all the pages referenced above. I hope this serves to correct the oversights I did make in my most recent FDR and to answer your questions regarding other items which appear to be more in the nature of misunderstandings than mistakes. Please let me know if I can be of any further assistance.

Sincerely,

Marsha J. Pechman
United States District Judge

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 04/25/2007 |

2006 FDR

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alliance-Bernstein Global Tech Cl B | | None | K | T | | | | | |
| 2. Alliance-Bernstein Lg. Cap. Growth | | None | J | T | Sell | 3/17 | J | A | |
| 3. American Express | A | Interest | K | T | | | | | |
| 4. Amgen, Inc. | | None | J | T | | | | | |
| 5. Bank Dep Sweep Opt (formerly Piper Jaffray Gov't Obligatns) | C | Interest | L | T | | | | | |
| 6. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 7. Capital World Growth & Income Fund, Cl F | A | Dividend | J | T | Buy | 1/4 | J | | |
| 8. Centennial Money Mkt | C | Interest | K | T | Buy/Reinvest | 12/15 | J | | |
| 9. Cisco Systems | | None | J | T | | | | | |
| 10. Dominion Res Inc VA New | A | Dividend | | | Sell | 11/3 | J | B | |
| 11. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 12. Emerson Electric | A | Dividend | J | T | | | | | |
| 13. Exxon/Mobil Corp. | A | Dividend | K | T | | | | | |
| 14. Fidelity Adv. Equity Portfolio, Cl B | B | Dividend | J | T | | | | | |
| 15. Fidelity Adv Eq & Inc. Cl A (converted from FA Eq Port B) | A | Dividend | J | T | Buy/Reinvest | 12/18 | J | | |
| 16. Fidelity Adv Mid Cap Fund, Cl B | A | Dividend | K | T | | | | | |
| 17. Franklin Custodian Funds, Growth Series Cl | A | Dividend | | | Sell | 1/5/ | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| A | | | | | | | | | |
| 18. Franklin Custodian Funds, Growth Series Cl A | | | | | Buy/Reinvest | 12/4 | J | | |
| 19. Franklin Rising Dividents A | A | Dividend | K | T | Buy | 1/4 | J | | |
| 20. | | | | | Buy/Reinvest | 12/4 | J | | |
| 21. Franklin Small Mid Cap Growht Fund, Cl A | A | Dividend | K | T | Buy | 1/4 | J | | |
| 22. General Electric | A | Dividend | J | T | | | | | |
| 23. Growth Fund America Inc., Cl A | A | Dividend | K | T | | | | | |
| 24. Growth Fund America Inc., Cl F | A | Dividend | J | T | Buy/Reinvest | 12/20 | J | | |
| 25. Ingersoll Rand Co. | A | Dividend | J | T | | | | | |
| 26. Investment Co. America, Cl F | A | Dividend | K | T | Buy/Reinvest | 12/26 | J | | |
| 27. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 28. Lucent Technologies | | None | | | Sell | 1/3 | J | A | |
| 29. Medtronic, Inc. | A | Dividend | J | T | | | | | |
| 30. Mutual Service Fund, Inc., Beacon Fund Cl A | A | Dividend | K | T | Buy/Reinvest | 12/26 | J | | |
| 31. Oppenheimer Main Str Fund | B | Dividend | K | T | | | | | |
| 32. Plains Capital Bank | | None | | | Redemption | 1/6 | K | A | |
| 33. Powershares Biotech & Genome Portfolio | | None | J | T | Buy | 3/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Powershares Wilder Hill Clean Energy Portfolio | A | Dividend | J | T | Buy | 3/22 | J | | |
| 35. Russell Real Estate Securities | | None | | | Sell | 1/3 | J | D | |
| 36. Russell Special Growth Fund | | None | | | Sell | 1/3 | J | A | |
| 37. Target | A | Dividend | K | T | | | | | |
| 38. Templeton Fund (World Funds Cl A) | | None | | | Sell | 1/5 | J | A | |
| 39. Templeton Growth Fund | A | Dividend | | | Buy | 1/4 | J | | |
| 40. | | | | | Sell | 3/17 | J | A | |
| 41. Washington Mutual Investors Fund | A | Dividend | K | T | Partial sale | 1/5 | J | A | |
| 42. | | | | | Partial sale | 3/7 | J | A | |
| 43. | | | | | Buy/Reinvest | 12/27 | J | | |
| 44. Wells Fargo & Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

2005 FDR

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Advanta Bank Corp. | | None | | | Redemption | 12/15 | K | | |
| 2. Alliance-Bernstein Global Tech Cl B (formerly Alliance Tech | | None | K | T | | | | | |
| 3. Alliance-Bernstein Lg. Cap. Growth | | None | J | T | | | | | |
| 4. American Express | A | Interest | K | T | | | | | |
| 5. Amgen Inc. | | None | J | T | | | | | |
| 6. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 7. Capital World Growth & Income Fund, Cl F | A | Dividend | J | T | | | | | |
| 8. Centennial Money Mkt | | None | J | T | Buy | 10/28 | J | | |
| 9. Cisco Systems | | None | J | T | | | | | |
| 10. Dominion Res Inc VA New | A | Dividend | J | T | | | | | |
| 11. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 12. Emerson Electric | A | Dividend | J | T | | | | | |
| 13. Excel Bank | | None | | | Redemption | 8/18 | K | A | |
| 14. Exxon/Mobil Corp. | A | Dividend | K | T | | | | | |
| 15. Fidelity Adv. Equity Portfolio, Cl B | A | Dividend | J | T | | | | | |
| 16. Fidelity Adv Mid Cap Fund, Cl B | B | Dividend | K | T | | | | | |
| 17. Franklin Custodian Funds "Growth Series Cl A) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Rising Dividends A | A | Dividend | K | T | | | | | |
| 19. Franklin Small Mid Cap Growth Fund, Cl A | A | Dividend | J | T | | | | | |
| 20. General Electric | A | Dividend | J | T | | | | | |
| 21. Growth Fund America Inc., Cl A | A | Dividend | K | T | | | | | |
| 22. Growth Fund America Inc., Cl F | A | Dividend | K | T | | | | | |
| 23. Ingersoll Rand Co. | A | Dividend | J | T | | | | | |
| 24. Investment Co. America, Cl F | A | Dividend | K | T | | | | | |
| 25. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 26. Lucent Technologies | | None | J | T | | | | | |
| 27. Medtronic, Inc. | A | Dividend | J | T | | | | | |
| 28. Mutual Service Fund Inc., Beacon Fund, Cl A | B | Dividend | J | T | | | | | |
| 29. Oppenheimer Main Str Fund (formerly OppMain Int. & Growth) | A | Dividend | K | T | | | | | |
| 30. Piper Jaffray Government Obligations | A | Dividend | L | T | | | | | |
| 31. Piper Jaffray Prime Obligations | | None | | | Sell | 10/28 | J | A | |
| 32. Plains Capital Bank | | None | | | Buy | 7/8 | K | | |
| 33. Russell Real Estate Securities | B | Dividend | J | T | | | | | |
| 34. Russell Special Growth Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Safeway, Inc. | A | Dividend | ı | | Sell | 11/10 | K | A | |
| 36. Target | A | Dividend | K | T | | | | | |
| 37. Templeton Funds (World Funds Cl A) | A | Dividend | J | T | | | | | |
| 38. Templeton Growth Fund | A | Dividend | K | T | | | | | |
| 39. U.S. Coupon Treasury Strips | A | Interest | | | Sell | 11/15 | K | A | |
| 40. Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 41. Wells Fargo & Co. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

2004 FDR

| | | |
|---|---|---|
| Name of Person Reporting<br>Pechman, Marsha J | | Date of Report<br>05/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Dominion Res Inc VA New | A | Dividend | J | T | Buy | 12/21 | J | | |
| 38. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 39. American Express | A | Interest | K | T | | | | | |
| 40. Emerson Electric | A | Dividend | J | T | Buy | 9/28 | J | | |
| 41. General Electric | A | Dividend | J | T | Buy | 9/28 | J | | |
| 42. Capital World Growth & Income Fund, Class F | A | Dividend | J | T | Buy | 9/10 | J | | |
| 43. Franklin Small Mid Cap Growth Fund, Class A | | None | J | T | Buy | 9/10 | J | | |
| 44. Mutual Service Fund, Inc., Beacon Fund, Class A | A | Dividend | J | T | Buy | 9/10 | J | | |
| 45. Advanta Bank Corp. | | None | K | T | Buy | 12/7 | K | | |
| 46. Excel Bank | | None | K | T | Buy | 8/11 | K | | |
| 47. Geauga Savings Bank | A | Interest | | | Buy | 2/12 | K | | |
| 48. | | | | | Redemptn | 11/22 | K | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pechman, Marsha J | U.S. District Court | 04/25/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III judge - active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 700 Stewart Street, Room 14229 <br> Seattle, WA 98101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -2 A 11: 05 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Kingman, Peabody, Pierson and Fitzharris▓▓▓▓ law firm) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa | Credit card | K |
| 2. ████ high school tuition | Periodic payment contract ████ | K |
| 3. ████ college tuition | Period payment contract ████ | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alliance-Bernstein Global Tech Cl B | | None | K | T | | | | | |
| 2. Alliance-Bernstein Lg. Cap. Growth | | None | J | T | Sell | 3/17 | J | A | |
| 3. American Express | A | Interest | K | T | | | | | |
| 4. Amgen, Inc. | | None | J | T | | | | | |
| 5. Bank Dep Sweep Opt | C | Interest | L | T | | | | | |
| 6. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 7. Capital World Growth & Income Fund, Cl F | A | Dividend | J | T | Buy | 1/4 | J | | |
| 8. Centennial Money Mkt | C | Interest | K | T | Buy/Reinvest | 12/15 | J | | |
| 9. Cisco Systems | | None | J | T | | | | | |
| 10. Dominion Res Inc VA New | A | Dividend | J | T | Sell | 11/3 | J | B | |
| 11. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 12. Emerson Electric | A | Dividend | J | T | | | | | |
| 13. Exxon/Mobil Corp. | A | Dividend | K | T | | | | | |
| 14. Fidelity Adv. Equity Portfolio, Cl B | B | Dividend | J | T | | | | | |
| 15. Fidelity Adv Eq & Inc., Cl A (converted from FA Eq Port B) | A | Dividend | J | T | Buy/Reinvest | 12/18 | J | | |
| 16. Fidelity Adv Mid Cap Fund, Cl B | A | Dividend | K | T | | | | | |
| 17. Franklin Custodian Funds, Growth Series Cl | A | Dividend | J | T | Sell | 1/5/ | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,000 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | |
| 18. Franklin Custodian Funds, Growth Series Cl A | | | | | Buy/Reinvest | 12/4 | J | | |
| 19. Franklin Rising Dividents A | A | Dividend | K | T | Buy | 1/4 | J | | |
| 20. | | | | | Buy/Reinvest | 12/4 | J | | |
| 21. Franklin Small Mid Cap Growht Fund, Cl A | A | Dividend | K | T | Buy | 1/4 | J | | |
| 22. General Electric | A | Dividend | J | T | | | | | |
| 23. Growth Fund America Inc., Cl A | A | Dividend | K | T | | | | | |
| 24. Growth Fund America Inc., Cl F | A | Dividend | J | T | Buy/Reinvest | 12/20 | J | | |
| 25. Ingersoll Rand Co. | A | Dividend | J | T | | | | | |
| 26. Investment Co. America, Cl F | A | Dividend | K | T | Buy/Reinvest | 12/26 | J | | |
| 27. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 28. Lucent Technologies | | None | | | Sell | 1/3 | J | A | |
| 29. Medtronic, Inc. | A | Dividend | J | T | | | | | |
| 30. Mutual Service Fund, Inc.; Beacon Fund Cl A | A | Dividend | K | T | Buy/Reinvest | 12/26 | J | | |
| 31. Oppenheimer Main Str Fund | B | Dividend | K | T | | | | | |
| 32. Plains Capital Bank | | None | | | Redemption | 1/6 | K | A | |
| 33. Powershares Biotech & Genome Portfolio | | | J | T | Buy | 3/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Powershares Wilder Hill Clean Energy Portfolio | | | J | T | Buy | 3/22 | J | | |
| 35. Russell Real Estate Securities | | | | | Sell | 1/3 | J | D | |
| 36. Russell Special Growth Fund | | | | | Sell | 1/3 | J | A | |
| 37. Target | A | Dividend | K | T | | | | | |
| 38. Templeton Fund (World Funds Cl A) | | None | | | Sell | 1/5 | J | A | |
| 39. Templeton Growth Fund | A | Dividend | | | Buy | 1/4 | J | | |
| 40. | | | | | Sell | 3/17 | J | A | |
| 41. Washington Mutual Investors Fund | A | Dividend | K | T | Partial sale | 1/5 | J | A | |
| 42. | | | | | Partial sale | 3/7 | J | A | |
| 43. | | | | | Buy/Reinvest | 12/27 | J | | |
| 44. Wells Fargo & Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J | 04/25/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date *April 24, 2007*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544